

1250 Broadway, 27th Fl., New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

April 13, 2016

John J. Carmody. Esq.
Westchester County District Attorney's Office
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, NY 10601

Dear Mr. Carmody:

On behalf of Robert Borrelli, we are requesting under the New York State's Freedom of Information Law, any and all documents of the District Attorney's office relating to the investigation and/or prosecution of Brendan Cronin in regards to the incident that took place on April 29, 2014.

If this request fails to reasonably describe the records and items referenced, please contact me in writing or by phone at the above address or phone number. If possible, electronic production of these records is requested. If there are any fees for copying the records requested, please advise us in writing.

Very Truly Yours,

NEWMAN FERRARA LLP

Debra S. Cohen



1250 Broadway, 27th Fl., New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

April 13, 2016

John J. Carmody. Esq.
Westchester County District Attorney's Office
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, NY 10601

Dear Mr. Carmody:

On behalf of Joseph Felice, we are requesting under the New York State's Freedom of Information Law, any and all documents of the District Attorney's office relating to the investigation and/or prosecution of Brendan Cronin in regards to the incident that took place on April 29, 2014.

If this request fails to reasonably describe the records and items referenced, please contact me in writing or by phone at the above address or phone number. If possible, electronic production of these records is requested. If there are any fees for copying the records requested, please advise us in writing.

Very Truly Yours,

NEWMAN FERRARA LLP

Debra S. Cohen